

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00125-CV

**PAY AND SAVE, INC.**,
Appellant

v.

Roel **CANALES**,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-16-371
Honorable Baldemar Garza, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, we DENY Appellee's motion for rehearing, but we withdraw our July 27, 2022 opinion and judgment and substitute this opinion and judgment to clarify portions of our analysis.

The trial court's amended final judgment is reversed. We render judgment that Appellant Roel Canales take nothing on his gross negligence claim. We remand the cause to the trial court for a new trial on premises liability and damages.

We tax costs of court for this appeal against the party that incurred them.

SIGNED September 14, 2022.

_____
Patricia O. Alvarez, Justice